NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**LOIDA A. USITA,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2014-7021

---

Appeal from the United States Court of Appeals for
Veterans Claims in No. 11-1560.

---

PER CURIAM.

# O R D E R

Upon review of this recently docketed case, it appears
that Loida A. Usita's appeal was not timely filed.

On January 9, 2013, the United States Court of Appeals for Veterans Claims entered judgment in Usita's
case.  Her notice of appeal was received on October 21,
2013; 285 days after judgment.

To be timely, a notice of appeal must be received by
the Court of Appeals for Veterans Claims within 60 days

2                                         USITA v. SHINSEKI

of the entry of judgment.   *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1)  Usita is directed to show cause, within 30 days of the date of filing of this order, why this appeal should not be dismissed as untimely.   The Secretary of Veterans Affairs may also respond within that time.

(2)  The briefing schedule is stayed.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26